

# ORDERED in the Southern District of Florida on December 29, 2010.

*Laurel M. Isicoff, Judge*
**United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Laron Frazier | § § § | Case No. 07-19971 |
| Debtor(s). | § § | Claim No. 1 |

### *EX PARTE* ORDER PROTECTING CONSUMER INFORMATION PURSUANT TO 11 U.S.C. § 107 AND BANKRUPTCY RULE 9037

THE COURT, having considered the *Ex Parte Motion for an Order Protecting Consumer Privacy Pursuant to 11 U.S.C. § 107 and Bankruptcy Rule 9037 and to Reopen Case* (the "***Motion***"), which was filed in this case by Capital One Bank (USA), N.A. ("***Capital One***"), finds that proper notice of the Motion has been provided, that no further notice need be provided to grant the relief ordered herein, and, based on the Motion, the pleadings in this Case, and the applicable law, that cause exists for granting the relief ordered herein.  It is therefore

ORDERED that the Motion is GRANTED; and it is further

ORDERED that this case is hereby reopened; and it is further

67519.000249 EMF_US 32584901v3

ORDERED that the Clerk of this Court is hereby directed to prevent all public access on the Court's electronic filing system to claims identified in *Exhibit A* to the Motion (the "**Original Claims**"); and it is further

ORDERED that the relief granted herein shall not have any substantive or material effect upon the validity, priority, or status of the Original Claims, any orders allowing or disallowing or otherwise relating to the Original Claims, any deadlines for objecting to the Original Claims, or any distributions made or to be made upon the Original Claims; and it is further

ORDERED that all assignments of the Original Claims, notices related to such assignments, and rights of assignees of the Original Claims shall remain effective and shall be unaffected by this Order; and it is further

ORDERED that the Clerk of this Court is hereby directed to file a signed copy of this Order in the Case;

ORDERED that the Clerk of this Court may take all reasonable and appropriate actions to assist with the efficient implementation of the directives and objectives of this Order; and it is further

ORDERED that Capital One is hereby authorized to file replacement proof(s) of claim in the Case; and it is further

ORDERED that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

### END OF ORDER###

Submitted by:
David Bane, Esq.
Hunton & Williams LLP
1111 Brickell Ave., Suite 2500
Miami, FL  33131
Tel.  (305)810-2500
Fax  (305)810-2460

Copies furnished to:
Michael S. Held, Esq.

*(Attorney Held is directed, pursuant to Local Rule 5005-1, to serve conformed copies of this Order upon the Service List attached to the original Application, immediately upon receipt hereof, and to file a Certificate of Service with the Court confirming such service.)*

75313.000002 EMF_US 30484503v1